# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 27, 2024

## NO. 03-22-00657-CV

**Josepha Mary Dattore, f/k/a Josepha Mary Sanders Harvey, Appellant**

**v.**

**Deborah Mann Harvey, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on September 22, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.